United States District Court
Southern District of Texas
**ENTERED**
June 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:16-CR-1 |
| | § | |
| BENJAMIN DOUGLAS GUIDRY | § | |

## O R D E R

Pending before the Court is the Defendant's Unopposed Motion to Continue Trial and Reset Pretrial Deadlines (Dkt. 23). In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from today, **June 9, 2016** pursuant to 18 U.S.C. § 3161, and **August 11, 2016**. It is further ORDERED that the scheduling order is amended as follows:

<u>July 21, 2016</u>      All MOTIONS will be filed no later than this date.

<u>July 28, 2016</u>      RESPONSES to motions will be filed no later than this date.

<u>August 4, 2016</u>     PRETRIAL CONFERENCE
10:30 a.m.

<u>August 15, 2016</u>    JURY SELECTION AND TRIAL.
9:30 a.m.

SIGNED at Galveston, Texas, this 9th day of June, 2016.

_____
George C. Hanks Jr.
United States District Judge