IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | 3:16-CR-00001 |
| VS. § | (Judge George C. Hanks, Jr.) |
| § | |
| BENJAMIN DOUGLAS GUIDRY § | |

**UNOPPOSED MOTION TO CONTINUE TRIAL
AND SET RE-ARRAINGMENT DATE**

COMES NOW BENJAMIN GUIDRY, DEFENDANT, through counsel Sean Buckley, and files this Unopposed Motion to Continue Trial and Set Re-Arraignment Date.

**1.      Trial is currently set for September 12, 2016.**

The current trial date of August 15, 2016 is the third continued trial date in this case.

**2.      The parties expect to reach a plea agreement in the coming days, and all counsel will be available for plea proceedings in late September, 2016.**

The parties anticipate reaching a plea agreement to encompass the charged offenses involving Child Pornography, as well as Tax offenses, within the coming days. The Government prosecutor handling the Tax offenses, Charles Escher, is out of the office and unavailable to participate in plea proceedings on the current trial date or any date prior. Mr. Escher will return and be available to participate in plea proceedings by late September, 2016.

**3.     Defendant agrees to exclusion of time under the Speedy Trial Act.**

Defendant agrees that the additional time allowed upon the granting of this Motion to Continue shall be excluded from calculation under the Speedy Trial Act.

**4.     Relief requested.**

Defendant respectfully requests that the Court grant this Motion to Continue and furthermore, that the Court set a re-arraignment date in late September, 2016 or after.

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
770 South Post Oak Ln. Ste. 620
Houston, Texas  77056
TEL:  713-380-1220
FAX:  713-552-0746
Email: buckleyfirm@gmail.com
State Bar No. 24006675

## CERTIFICATE OF CONFERENCE

I discussed this motion with A.U.S.A. Sherri Zack. A.U.S.A. Zack stated she is UNOPPOSED to the Court granting a continuance and is in favor of a re-arraignment date in late September, 2016

I discussed this subject with A.U.S.A. Charles Escher, who will be filing Tax charges against Mr. Guidry. Mr. Escher stated that he will be available for a re-arraignment date in late September, 2016.

/s/ Sean Buckley
Sean Buckley

## CERTIFICATE OF SERVICE

I certify that I provided a true and correct copy of this Motion to Continue and Reset Pretrial Deadlines to A.U.S.A. Sherri Zack, via the E.C.F. system.

/s/ Sean Buckley
Sean Buckley

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 3:16-CR-00001 |
| VS. | § | (Judge George C. Hanks, Jr.) |
| | § | |
| BENJAMIN DOUGLAS GUIDRY | § | |

## **ORDER**

ON THIS DATE the Court came to consider Defendant Benjamin Guidry's Unopposed Motion to Continue Trial and set Re-Arraignment Date. The Motion is:

\_\_\_\_\_ GRANTED.    Re-Arraignment is set for: _____.

                 Trial is set for:       _____.
\_\_\_\_\_ DENIED


SIGNED ON THIS THE \_\_\_\_ DAY OF _____, 2016.


_____
UNITED STATES DISTRICT JUDGE

4