Via First Class Mail

United States Courts
Southern District of Texas
FILED

March 14, 2018

MAR 23 2018

Clerk of Court
United States District Court
Southern District of Texas
Galveston Division

David J. Bradley, Clerk of Court

Subject: United States v. Guidry, No. 3:16-cr-00001 (GCH)
Motion for Document Copies and IFP Motion

Dear Clerk,

I am the defendant in the above-referenced matter and am preparing to file a motion under 28 U.S.C. §2255. Although I was previously represented by counsel in my trial and direct appeal, I will for now be proceeding pro se. Please update the docket as follows:

Benjamin Guidry, pro se
Reg. No. 02800-479
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

Please direct all correspondence about this matter to the above address. If it happens that I come to be represented by counsel in the future, I would really appreciate it if you could leave this address in the system and to the extent allowed, send copies of all court notices and filed documents to this address as well as to the attorney of record. Thanks for considering it.

I understand that §2255 motions do not require a filing fee and that no fee waiver is needed. However, I am still seeking in forma pauperis status at this time because I am requesting copies of certain documents from the Court free of charge. I also will likely request certain litigation costs in the future, such as appointment of a forensic expert, and I would like to have my IFP status in place when I make these requests. Thank you.

I appreciate your time and assistance. Please do not hesitate to contact me if I can provide further information.

Respectfully,

Benjamin Guidry

Enclosures