# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | ) | |
|---|---|---|
| *F ghgpf cpvlÒ qxcpv* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Plaintiff/Respondent* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*